

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-21-00161-CV

———————————————

IN THE GUARDIANSHIP OF WALTER BENTON GARRISON, AN
INCAPACITATED PERSON

On Appeal from the Probate Court
Denton County, Texas
Trial Court No. PR-2021-00576

Before Walker, J.; Sudderth, C.J.; and Kerr, J.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

We have considered appellants' "Unopposed Motion to Dismiss Appeal with Prejudice." We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Appellants must pay all costs of this appeal. *See* Tex. R. App. P. 42.1(d), 43.4.

Per Curiam

Delivered: August 26, 2021